189 F.2d 702
 89 U.S.App.D.C. 406
 Marie E. BARWICK, Petitioner
v.
Hinda S. MANHEIM, Respondent.
 Misc. No. 285.
 United States Court of Appeals District of Columbia Circuit.
 Argued May 24, 1951.
Decided June 7, 1951.
 
 Jo V. Morgan, Jr., Washington, D.C., for petitioner.
 James M. Desmond, Washington, D.C., with whom Roy B. Kelly, Washington, D.C., was on the brief, for respondent.
 Before EDGERTON and BAZELON, Circuit Judges, and ARTHUR F. LEDERLE, District Judge sitting by designation.
 PER CURIAM.
 
 
 1
 The petition for leave to proceed on appeal in forma pauperis is denied. Wells v. United States, 318 U.S. 257, 63 S.Ct. 582, 87 L.Ed. 746; Newman v. United States, 87 U.S.App.D.C. 419, 184 F.2d 275.